# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clifton Vandiver,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:11cv598/3:07cr61-18

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/30/2012 Order.

                                                Signed: July 30, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court